

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2019

No. 04-19-00563-CV

Miriam **LEDEZMA**,
Appellant

v.

**LAREDO HOUSING AUTHORITY**,
Appellee

From the County Court at Law, Webb County, Texas
Trial Court No. 2018CVD000029L1
Honorable Hugo Martinez, Judge Presiding

## O R D E R

Appellant's first unopposed motion for an extension of time to file the appellant's brief is granted in part. We order the appellant to file the appellant's brief by January 19, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court